[No. 26527-7-III.   Division Three.   November 18, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT SILVIO AGLI, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-00478-9, Carrie L. Runge, J., entered October 4, 2007. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kulik, JJ.

[Nos. 26469-6-III; 27011-4-III.   Division Three.   November 20, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ALLEN POURIER, *Appellant*.

Appeals from a judgment of the Superior Court for Benton County, No. 07-1-00052-0, Robert G. Swisher, J., entered September 5, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Korsmo, JJ.

[Nos. 57286-5-I; 57343-8-I.   Division One.   November 24, 2008.]

*In the Matter of the Personal Restraint of* EDMOND CUMMINGS, *Petitioner*.

Petitions for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.

[No. 59230-1-I.   Division One.   November 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JES PAUL BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-08191-7, Michael J. Fox, J., entered November 1, 2006. *Affirmed* by unpublished per curiam opinion.